In the Matter of ROBED REALTY CORPORATION, Appellant, v. GRAND UNION COMPANY, Respondent.—

In our opinion, on the facts in this case said section has no application. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

MARGARET KENNY, Respondent, v. JOHN KOLIBABEK et al., Appellants.—

The record presents issues of fact which should be resolved after trial. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.